No. 1163. ROBBINS, WARDEN v. SMALL. C. A. 1st Cir. Certiorari denied. *James S. Erwin,* Attorney General of Maine, and *John W. Benoit, Jr.,* Assistant Attorney General, for petitioner.

No. 1165. CALHOUN v. HERTWIG, TRUSTEE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 1166. JORDAN ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Howard K. Berry, Jr.,* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1170. LOCAL 1291, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION (AFL–CIO) v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for National Labor Relations Board, and *John F. Lane, Jerome Powell, Robert M. Scott* and *Charles L. Bucy* for Pocahontas Steamship Co., respondents.

No. 1171. NOLLA, GALIB & Co. v. LEBRON ET AL. Sup. Ct. P. R. Certiorari denied. *Jorge Souss* for petitioner. Reported below: —— P. R. R. ——.

No. 1177. GRAY ET AL. v. MORGAN, COMMISSIONER OF TAXATION OF WISCONSIN. C. A. 7th Cir. Certiorari denied. *Adeline J. Geo-Karis* for petitioners. *Bronson C. La Follette,* Attorney General of Wisconsin, for respondent.